# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re: Brian K. Ghee                          Case No. 07-30219
      Debtor                                   Chapter 13
                                                           Trustee: Robert E. Hyman

## ORDER GRANTING MOTION TO CONTINUE STAY

This matter came upon the Motion for Continuation of the Automatic Stay ("Motion") and the Memorandum in Support filed herein by Brian K. Ghee (the "Debtor"); and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Debtor filed this bankruptcy case on January 22, 2007 (the "instant case"); and

It appearing that the Debtor has had two (2) prior Chapter 13 Bankruptcy cases (the "prior case") pending within one (1) year prior to the filing of the case, which prior case was dismissed; and

It appearing that the filing of the instant case was in good faith; and

It appearing that the Debtor has had a change in his circumstances since the dismissal of the prior case; and

It appearing that no other creditors or parties in interest have filed or asserted any Objections to the Motion; it is accordingly,

**ADJUDGED, ORDERED, and DECREED** that the automatic stay of 11 U.S.C. §362(a) shall not terminate and is hereby extended during the pendency of this case as to all creditors.

ORDERED that the Clerk shall mail copies of this Order, once entered to all parties on the attached service list.

Date: _____

_____
United States Bankruptcy Judge

Entered on Docket: _____

I ask for this:

/s/ Andrew G. Adams, III
Attorney for Debtor
100 East Main Street
Richmond, VA  23219
Ph – 804-649-1000
Fax – 804-644-3155
VSB 46600

# CERTIFICATE OF SERVICE

I certify that on February 26, 2007, this Order has been mailed either electronically or via first class mail to all necessary parties.

By: /s/ Andrew G. Adams, III.
Counsel for Debtor

Andrew G. Adams, III
100 East Main Street
Richmond, Virginia 23219

Robert E. Hyman
1313 E. Main Street, Ste 301
Richmond, Va. 23219

Brian K. Ghee
8804 Barnettes Road
Charles City, VA 23030

Office of the U.S. Trustee
600 East Main Street
Richmond, Virginia 23219